RECEIVED IN
The Court of Appeals
Sixth District

NOV 3 0 2015

Texarkana, Texas
Debra Autrey, Clerk

# COURT OF APPEALS

## SIXTH APPELLATE DISTRICT

## STATE OF TEXAS

## RE: APPELLATE CASE NUMBER: 06-15-00006-CV

## TRIAL COURT CASE NUMBER: 2013-392

STYLE: BILLIE MURPHY TREMBLE, SHARON TREMBLE DONALDSON, SELIA TREMBLE SHAWKEY, WILMER FORREST TREMBLE, JR., THE ESTATE OF WILMER FORREST TREMBLE, SR., Appellants,

Vs.

LUMINANT MINING COMPANY LLC, ENERGY FUTURE HOLDINGS CORPORATION, AND SUBSIDIARIES, Appellees.

TO THE HONORABLE JUDGE OF SAID COURT:

In response to the court date of October 27, 2015, we the Tremble Family are asking the court to reinstate the Appeal on our behalf in reference to the No Summary Judgment.